| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
|   | United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973) |
|   | Chief, Criminal Division |
| 4 | MATTHEW A. PARRELLA (NYBN 2040855) |
|   | Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900 |
|   | San Jose, CA 95113 |
| 7 | Telephone: (408) 535-5042 |
|   | FAX: (408) 535-5066 |
| 8 | matthew.parrella@usdoj.gov |

*E-FILED - 6/23/09*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00325 RMW |
| Plaintiff, | |
|  | **STIPULATION CONTINUING SENTENCE DATE AND [PROPOSED] ORDER** |
| v. | |
| SYDNEY SHABER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Joseph P. Russoniello, United States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for the United States of America, and Marc Masters, Esq., counsel for defendant, that the sentencing date currently scheduled for August 3, 2009, be vacated and continued to November 16, 2009, or to a date thereafter at the convenience of the Court.

This Stipulation is entered into for the following reasons:

1. The defendant is presently scheduled to be sentenced on August 3, 2009. Both sides need additional time to deliver documents and other information to United States Probation.

2. Counsel for the defendant has spoken with the defendant and the defendant has no

1 objections to the continuance sought herein.

2     3.     The defendant is not in custody.

3     4.     This continuance is sought to save the court's time and resources, to allow time
4 for the parties to provide Probation with documents and information which may have a bearing
5 on sentencing calculations and recommendations.

6

7 DATED this 4th day of June, 2009.

8

9 JOSEPH P. RUSSONIELLO
   United States Attorney
10

11 _____            6/4/09
12 MATTHEW A. PARRELLA                                           DATE
   Assistant United States Attorney
13

14 _____            6/4/09
15 MARC MASTERS                                                   DATE
   Attorney for Defendant
16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Upon the stipulated motion of the parties, it is hereby ordered that the sentencing date previously scheduled for August 3, 2009, be vacated and continued to November 16, 2009, at 9:00 a.m. The Probation Office's draft and final reports shall be released based upon the new sentencing date, and filing dates for counsels' sentencing memoranda shall also be adjusted accordingly.

DATE: 6/23/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge